

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2018

No. 04-17-00558-CV

**KONARK LIMITED PARTNERSHIP**
Appellant / Cross- Appellee

v.

**BTX SCHOOLS, INC.** and Basis Schools
Appellees / Cross- Appellants

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01954
Honorable Laura Salinas, Judge Presiding

# O R D E R

On January 2, 2018, we set Appellees/Cross-Appellants' combined brief due on March 22, 2018. Before the due date, Appellees/Cross-Appellants filed an unopposed motion for an extension of time to file their combined brief until April 23, 2018. They also proposed a modified briefing schedule.

The unopposed motion is GRANTED. We ORDER the parties to file their briefs according to the following schedule:

| Due Date | Appeal | Cross-Appeal |
|---|---|---|
| 23 Apr 2018 | Appellees' response brief | Cross-Appellants' opening brief |
| 23 May 2018 | Appellant's reply brief | Cross-Appellee's response brief |
| 13 Jun 2018 | | Cross-Appellants' reply brief |

The briefs shall comply with the length and content requirements established by the applicable Rules. *E.g.*, TEX. R. APP. P. 9.4(i), 38.1, 38.2, 38.3. Any additional requests for an extension of time to file the briefs are discouraged. *See, e.g.*, TEX. R. APP. P. 10.5(b), 38.6(d).

If Cross-Appellants choose to file a reply brief, we ORDER Cross-Appellants to notify this court in writing not later than May 30, 2018, of their intent to do so. *See id.* R. 38.3, 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court